UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILAD KASTOUN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-01636-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 6)<br><br>ORDER CONTINUING MARCH 2, 2026, SCHEDULING CONFERENCE<br><br>(Doc. 3) |

On November 24, 2025, Plaintiff Milad Kastoun ("Plaintiff") initiated this action with the filing of a complaint against Defendant Kristi Noem, as Secretary of Homeland Security of the United States Department of Homeland Security, Joseph B. Edlow, as Director of United States Citizenship and Immigration Services ("USCIS"), and Terri Robinson, as Director of the National Benefits Center (collectively, "Defendants"). (Doc. 1). A scheduling conference is set for March 2, 2026, at 9:00 AM in Bakersfield (CDB) before the undersigned. (Doc. 2).

Pending before the Court is the parties' stipulated request, filed on February 10, 2026, to extend the time for Defendants to respond to Plaintiff's through and including March 16, 2026. (Doc. 6). The parties represent an extension is warranted as this case concerns Plaintiff's filing of a Form I-485 application to adjust status under the Immigration and Nationality Act ("INA"), and the parties need additional time to discuss status. *Id.* at 1. The parties represent that counsel for

Defendants has requested information from the agency relating to this filing and expects to receive details in the coming week. *Id.* The parties further request that all other filing deadlines be similarly extended. *Id.* at 2.

**Conclusion and Order**

In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to the complaint no later than **March 16, 2026**; and

2. The scheduling conference set for March 2, 2026, is CONTINUED **to April 6, 2026, at 9:00 AM**. As previously directed, the parties shall file a joint scheduling report at least one week prior to the conference. *See* (Doc. 3).

IT IS SO ORDERED.

Dated:   **February 11, 2026**          _____

UNITED STATES MAGISTRATE JUDGE

2