UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MILAD KASTOUN,

Plaintiff,

v.

KRISTI NOEM, *et al.*,

Defendants.

Case No. 1:25-cv-01636-CDB

ORDER ON SECOND STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

(Doc. 19)

ORDER CONTINUING SEPTEMBER 16, 2026, SCHEDULING CONFERENCE

(Doc. 18)

Plaintiff Milad Kastoun ("Plaintiff") initiated this action with the filing of a complaint on November 24, 2025. (Doc. 1). On June 17, 2026, the Court denied the motion of Defendants Kristi Noem (formerly Secretary of Homeland Security), Joseph B. Edlow (Director of United States Citizenship and Immigration Services ("USCIS")), and Terri Robinson (Director of National Benefits Center) (collectively, "Defendants") to dismiss the complaint for lack of jurisdiction. (Doc. 16). On July 2, 2026, the Court extended *nunc pro tunc* time for Defendants to respond to Plaintiff's complaint to August 31, 2026, and continued the scheduling conference to September 16, 2026. (Doc. 18).

Pending before the Court is the parties' second stipulated request, filed on August 20, 2026, to extend the time for Defendants to respond to Plaintiff's complaint by 45 days from August 31, 2026, to October 15, 2026. (Doc. 19). In support, the parties represent that since the

Court granted the initial stipulated request for an extension of time for Defendants to respond to the complaint, USCIS has continued to work toward adjudication of Plaintiff's subject adjustment application and needs additional time. *Id.* at 1. The parties therefore seek a subsequent extension to allow the adjudicative process to advance and request the Court to similarly extend any other deadlines and proceedings. *Id.* at 2.

**Conclusion and Order**

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants SHALL FILE their response to Plaintiff's complaint no later than **October 15, 2026**. *See* L.R. 144(a).
2. The scheduling conference set for September 16, 2026 (Doc. 18), is CONTINUED to **November 4, 2026, at 9:00 AM.** As previously directed (Docs. 3, 11), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated: **August 26, 2026**

UNITED STATES MAGISTRATE JUDGE